IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HARVEY M. DOWNING,**

**Plaintiff,**

vs.

**NATIONAL MAINTENANCE &
REPAIR OF KENTUCKY, INC.,
and MCGINNIS, INC.,**

**Defendants.**                                                              No. 03-CV-578-DRH

## ORDER

**Herndon, District Judge:**

Before the Court is the Parties' joint stipulation for dismissal (Doc. 23). The Court **ACKNOWLEDGES** the Parties' stipulation of dismissal and **DISMISSES with prejudice** Plaintiff's cause of action against Defendants, each party to bear his/its own costs (Doc. 23).

**IT IS SO ORDERED.**

Signed this 4th day of May, 2005.

/s/   David RHerndon
**United States District Judge**

1